**Barry Neil HOUCHENS, Plaintiff—Appellant,**

v.

**Sergeant HUDDLESTON; Gerald K. Washington; Sergeant Catrone, Defendants—Appellees.**

No. 05–7628.

United States Court of Appeals, Fourth Circuit.

Submitted: April 7, 2006.

Decided: April 26, 2006.

Barry Neil Houchens, Appellant Pro Se. Mark Ralph Davis, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before LUTTIG, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Barry Neil Houchens appeals the district court's order granting Defendants' motion for summary judgment in his action under 42 U.S.C. § 1983 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.

*See Houchens v. Huddleston,* No. CA–05–246–7 (W.D.Va. Oct. 4, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*